**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      In re Lindamood Demolition, Inc.

Appellate case number:   01-15-00981-CV

Trial court case number:  2013-76550

Trial court:                    80th District Court of Harris County

On November 24, 2015, relator, Lindamood Demolition, Inc., filed a petition for writ of mandamus challenging the trial court's November 17, 2015 "Order Compelling Forensic Examination of Lindamood Demolition, Inc.'s Electronic Data." In conjunction with its petition, relator filed a motion requesting a temporary stay of the trial court's order pending this Court's resolution of the petition.

The Court requests that the real parties in interest file their responses, if any, to the emergency stay motion by no later than **3pm, (Central) on Wednesday, November 25, 2015**.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                   ☑ Acting individually     ☐ Acting for the Court

Date: November 24, 2015